COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





IN RE: EUGENIO L. RODRIGUEZ,


 Relator.
 §


 


§


 


§


 


§


 


§


 


 § 
 


No. 08-08-00351-CR


 

AN ORIGINAL PROCEEDING


IN MANDAMUS








MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Eugenio L. Rodriguez, seeks a writ of mandamus to compel the Judge of the 109th
District Court of Andrews County Texas, to grant his request for forensic DNA testing pursuant to
Chapter 64 of the Texas Code of Criminal Procedure.

 In order to obtain relief through a writ of mandamus, a relator must establish: (1) no other
adequate remedy at law is available and (2) that the act he seeks to compel is ministerial. State ex
rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana, 236 S.W.3d 207, 210
(Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of any discretion. 
State ex rel. Hill v. Court of Appeals for the Fifth District, 34 S.W.3d 924, 927 (Tex.Crim.App.
2001). Based on the petition and record provided, Mr. Rodriguez has not demonstrated he is entitled 

to the relief requested. See Tex.R.App.P. 52.8. Relator's petition is therefore denied.



 GUADALUPE RIVERA, Justice

January 15, 2009


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)